IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 22-cv-2201-PAB-MEH | Date: | November 14, 2022 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

DANIELLE JURINSKY,                              Elliot Singer

   Plaintiff,

v.

ARAPAHOE COUNTY DEPARTMENT OF           Writer Mott
HUMAN SERVICES, et al.,

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**Court in session:**   1:01 p.m.

Court calls case. Appearances of counsel.

This matter is before the Court regarding the [ECF 26] *Motion to Stay and Vacate the Scheduling Conference* filed by the Defendants on October 13, 2022.

For the reasons set forth on the record, it is **ORDERED** the *Motion* is **GRANTED** and the case is **STAYED**. Futher **ORDERED**, the Defendants' deadline to reply to Plaintiff's response to their [ECF 24] *Motion to Dismiss*, is extended to **Wednesday, November 30, 2022**.

**Court in recess:**   1:46 p.m.   Hearing concluded.
Total in-court time:   00:45

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** Ab Litigation Services at (303) 629-8534.