IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02201-PAB-MEH

DANIELLE JURINSKY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD
AND ADULT PROTECTION SERVICES,
ROBIN NICETA,
MICHELLE DOSEY, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 39] of Chief United States District Judge Philip

A. Brimmer entered on September 26, 2023, it is

ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint

[Docket No. 24] is GRANTED.  It is further

ORDERED that plaintiff Danielle Jurinsky's first, second, third, and fourth claims

are DISMISSED with prejudice.  It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiff.

It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of

the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: September 26, 2023.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm                    
        Deputy Clerk